IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02276-GPG

BRADLEY KENDRICK,

     Plaintiff,

v.

[NO NAMED DEFENDANTS],

     Defendant.

---

## ORDER OF DISMISSAL

---

     Plaintiff, Bradley Kendrick, initiated this action by filing *pro se* a letter (ECF No. 1) complaining about the denial of medical treatment while he currently is detained at the Boulder County Jail in Boulder, Colorado.  On October 14, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Kendrick to cure certain deficiencies if he wished to pursue his claims.  (*See* ECF No. 3).  Specifically, Magistrate Judge Gallagher directed Mr. Kendrick to file his Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper Court-approved forms.  Mr. Kendrick was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

     Mr. Kendrick has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's October 14, 2015 order.  Therefore, the action will be dismissed without prejudice for failure to prosecute and cure deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Kendrick failed to prosecute and cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __23rd__ day of __November__, 2015.

BY THE COURT:

__ s/Lewis T. Babcock __
LEWIS T. BABCOCK, Senior Judge
United States District Court